# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| PALMETTO EQUIPMENT COMPANY, LLC, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>TRAVELERS CASUALTY AND SURETY )<br>COMPANY OF AMERICA, )<br>)<br>Defendant. )<br>_____)<br>)<br>TRAVELERS CASUALTY AND SURETY )<br>COMPANY OF AMERICA, )<br>)<br>Third-Party Plaintiff, )<br>)<br>vs. )<br>)<br>CONSTRUCTION RESOURCE GROUP, INC., )<br>)<br>Third-Party Defendant. )<br>_____) | No. 3:12-CV-34-FDW-DSC |

THESE MATTERS are before the Court on "Third-Party Defendant Construction Resource Group, Inc.'s Motion for an Extension of Time to Respond to Defendant Travelers Casualty and Surety Company of America's First Discovery Request" (doc. 22) filed on September 26, 2012, and "Joint Motion to Extend Certain Case Management Order Deadlines" (doc. 23) filed on October 3, 2012. After conferring with the chambers of the Honorable Frank D. Whitney, the Motions are **DENIED**.

The parties are reminded that pursuant to paragraph I.b. of the Case Management Order (doc. 20) entered on May 23, 2012, "the Court pre-authorizes the parties to stipulate to the taking of discovery beyond the discovery completion deadline provided that any such extension expires

not later than fourteen (14) calendar days prior to the scheduled trial term <u>and</u> a joint stipulation memorializing the extension is filed on the record."

    **SO ORDERED**.

Signed: October 3, 2012

David S. Cayer
United States Magistrate Judge